**No. 10-6223. Thomas William Piatek, Petitioner v. United States.**

562 U.S. 978, 131 S. Ct. 485, 178 L. Ed. 2d 316, 2010 U.S. LEXIS 7880.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 608 F.3d 939.

**No. 10-6329. Steven Meszaros, Petitioner v. United States.**

562 U.S. 978, 131 S. Ct. 491, 178 L. Ed. 2d 316, 2010 U.S. LEXIS 7896.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 381 Fed. Appx. 55.

**No. 10-6346. Jonathan Melendez, Petitioner v. United States.**

562 U.S. 978, 131 S. Ct. 492, 178 L. Ed. 2d 316, 2010 U.S. LEXIS 7900.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 377 Fed. Appx. 842.

**No. 10-6390. In re Derrick Anthony Polly, Petitioner.**

562 U.S. 959, 131 S. Ct. 495, 178 L. Ed. 2d 316, 2010 U.S. LEXIS 7871.

October 12, 2010. Petition for writ of habeas corpus denied.

**No. 10-6485. In re William Capers, Petitioner.**

562 U.S. 959, 131 S. Ct. 496, 178 L. Ed. 2d 316, 2010 U.S. LEXIS 7877.

October 12, 2010. Petition for writ of habeas corpus denied.

**No. 10-6507. In re Jeffery W. Wansley, Petitioner.**

562 U.S. 959, 131 S. Ct. 496, 178 L. Ed. 2d 316, 2010 U.S. LEXIS 7888.

October 12, 2010. Petition for writ of habeas corpus denied.

**No. 10-6514. In re William Slate, Petitioner.**

562 U.S. 959, 131 S. Ct. 496, 178 L. Ed. 2d 316, 2010 U.S. LEXIS 7920.

October 12, 2010. Petition for writ of habeas corpus denied.

**No. 10-6535. In re Jaime A. Davidson, Petitioner.**

562 U.S. 959, 131 S. Ct. 496, 178 L. Ed. 2d 316, 2010 U.S. LEXIS 7887.

October 12, 2010. Petition for writ of habeas corpus denied.